

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TONY EDWARD DUCKSWORTH**  　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:13cv486-MTP

**DR. RON WOODALL, et al.**　　　　　　　　　　　　**DEFENDANTS**

### FINAL JUDGMENT

This cause having come before the Court on the Motion for Summary Judgment [41] filed by Defendants Maggie McClellan and Ron King and the Motion for Summary Judgment [47] filed by Defendant Ron Woodall, and a decision having been duly rendered by separate Opinion and Order [55],

　　IT IS ORDERED AND ADJUDGED:

　　That this action is DISMISSED with prejudice.

　　THIS, the 30th day of March, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Michael T. Parker
　　　　　　　　　　　　　　　　　　United States Magistrate Judge